1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT SALINAS,

            Plaintiff,

      v.

GREGORY P. WELCH, et al.,

            Defendants.

Case No.  4:21-cv-04877-KAW

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

Re: Dkt. No. 9

On July 28, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: July 29, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge